UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :
                                     :
            - v. -                   :    **SEALED ORDER**
                                     :
LaCHANCE BROWN-DAY,                  :    18 Cr. _____ (ER)
                                     :
                      Defendant.     :    **18 CRIM 646**
                                     :
- - - - - - - - - - - - - - - - - - x

WHEREAS, an application has been made by the Government requesting that (1) the charging documents in the above-referenced case pertaining to the defendant LaCHANCE BROWN-DAY ("BROWN-DAY"), including Criminal Information 18 Cr. __ (ER) and related charging paperwork (collectively, the "Brown-Day Charging Documents"), remain under seal until further order of the Court; (2) the transcripts of BROWN-DAY's arraignment and further proceedings in this matter be sealed until further order of the Court; and (3) the docketing of the Brown-Day Charging Documents, BROWN-DAY's arraignment, and further proceedings in this matter be delayed until further order of the Court;

WHEREAS, the Court finds that active law enforcement investigations may be compromised if the Government's application is not granted;

IT IS HEREBY ORDERED that (1) the Brown-Day Charging Documents shall be sealed until further order of the Court; (2) the

transcripts of BROWN-DAY's arraignment and further proceedings in this matter shall be sealed until further order of the Court; and (3) the docketing of the Brown-Day Charging Documents, BROWN-DAY's arraignment, and further proceedings in this matter be delayed until further order of the Court; and

IT IS FURTHER ORDERED that this Order and the related Application be sealed and their docketing delayed until further order of the Court.

SO ORDERED:

Dated: New York, New York
       September 7, 2018

_____
THE HONORABLE EDGARDO RAMOS
United States District Judge
Southern District of New York

2