

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: \_\_6/29/2021\_\_

May 3, 2021

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The application is __X__ granted
> _____ denied
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __6/29/2021__
> New York, New York

Re: *United States v. LaChance Brown-Day*, 18 Cr. 646 (ER)

Dear Judge Ramos:

    The Government respectfully submits this letter to request, with the defendant's consent, that the Court direct that the transcript of the defendant's change of plea hearing, held on September 7, 2018, be unsealed and thereafter filed on the public docket in the ordinary course.

    Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By _____
Juliana N. Murray
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-2314/2616

cc: Lisa Scolari, Esq. (by ECF)