

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/1/2021

June 29, 2021

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Sentencing will be held on September 17, 2021 at 11 am. PSI ordered.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: 7/1/2021
> New York, New York

Re: *United States v. LaChance Brown-Day*, 18 Cr. 646 (ER)

**MEMO ENDORSED**

Dear Judge Ramos:

    The Government respectfully submits this letter on behalf of the parties to jointly request that the Court schedule the defendant's sentencing for a date and time convenient to the Court in December 2021.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney for the
    Southern District of New York

By: Robert B. Sobelman
    Juliana N. Murray
    Robert B. Sobelman
    Assistant United States Attorneys
    (212) 637-2314/2616

cc: Lisa Scolari, Esq. (by ECF)