USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>LaChance Brown-Day,<br><br>                      Defendant. | **Order of Restitution**<br><br>**18 Cr. 646 (ER)** |

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Juliana N. Murray and Robert B. Sobelman, Assistant United States Attorneys, of counsel; the presentence investigation report; the Defendant's conviction on Counts One, Two, and Three of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** LaChance Brown-Day, the Defendant, shall pay restitution in the total amount of $3,525,158.85 to the victims of the offenses charged in Count One, Two, and Three of the Information. The names, addresses, and specific amounts owed to the victims are set forth in the schedule attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**3. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed

09.10.2013

by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York

      ___Jan. 27___, 2022

                                      _____
                                      HON. EDGARDO RAMOS
                                      UNITED STATES DISTRICT JUDGE